IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 20 C 4175 |
| MILBURN, L.L.C., an Illinois limited liability company, | ) ) ) ) | JUDGE JOAN H. LEFKOW |
| Defendant. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, and Defendant, MILBURN, L.L.C., an Illinois limited liability company, by and through their attorneys, hereby stipulate and agree that all claims in the above-captioned litigation are voluntarily dismissed without prejudice and with leave to reinstate within thirty (30) days.

There remains due and owing from Defendant to Plaintiffs the amounts of $448.34 for liquidated damages, $1,856.05 for audit costs, $330.00 for attorneys' fees and $485.00 for court costs, for a total of $3,119.39. The Defendant has offered and the Plaintiffs have agreed to accept approximately one-half of $3,119.39, or $1,500.00, in full satisfaction of the amounts due and owing to resolve this litigation. On October 9, 2020, Plaintiffs received check no. 10958 in the amount of $1,500.00. Plaintiffs may reinstate this action on or before November 5, 2020 in the event the settlement check in the amount of $1,500.00 fails to clear the bank. The parties respectfully request that this Court enter their proposed Order of Dismissal without prejudice.

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al*. | MILBURN, L.L.C. |
| /s/ Cecilia M. Scanlon | /s/ Joe Milburn |
| Attorney for Plaintiffs | Attorney for Defendant |
| Baum Sigman Auerbach & Neuman, Ltd. | In-House Counsel |
| 200 W. Adams Street, Suite 2200 | Milburn, L.L.C. |
| Chicago, IL 60606-5231 | 620 28th Avenue |
| Bar No.: 6288574 | Bellwood, IL 60104-1901 |
| Telephone: (312) 216-2577 | Telephone: (708) 540-4683 |
| Fax: (312) 236-0241 | E-Mail: JoeM@milburn.com |
| Email: cscanlon@baumsigman.com | |

I:\CLJ\Milburn, LLC\joint stipulation of voluntary dismissal.cms.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Joint Stipulation of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of October 2020:

                Mr. Joe Milburn
                In-House Counsel
                Milburn, L.L.C.
                620 28th Avenue
                Bellwood, IL  60104-1901

                                      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile:  (312) 236-0241
Email: cscanlon@baumsigman.com

I:\CLJ\Milburn, LLC\joint stipulation of voluntary dismissal.cms.df.wpd