Central Laborers' Pension Fund, et al.

                                                  Plaintiff,

v.                                                              Case No.: 1:20−cv−04175
                                                              Honorable Joan H. Lefkow

Milburn, L.L.C.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2020:

        MINUTE entry before the Honorable Joan H. Lefkow: Pursuant to the stipulation of dismissal [8], this case is dismissed with prejudice with leave to reinstate in 30 days. Status hearing set for 10/13/2020 is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.